■ JOHN RODGERS, Appellant, v FLORENCE RODGERS, Respondent. [641 NYS2d 566] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Burrows, J.), entered April 12, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Burrows in his decision dated March 1, 1995. Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.